# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

        vs.

LUIS HERNANDEZ-MEZA (1),

                    Defendant.

CASE NO. 11CR4906-W

## JUDGMENT OF DISMISSAL

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal, without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Indictment/Information:

    8 USC 1326(a)and(b) - ATTEMPTED ENTRY AFTER DEPORTATION


        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/05/11

_____
Thomas J Whelan, U.S.District Judge
UNITED STATES DISTRICT JUDGE